```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

ROBERTA SCHALIT,

            :   Civil Action No.
              07 Civ. 0476 (CM)(RLE)
       Plaintiff,   :

 - against -          :   **Stipulation of Settlement**

CIGNA LIFE INSURANCE     :   BY ECF
COMPANY OF NEW YORK,
            :
       Defendant.
-----------------------------------------x

### Joint Stipulation of Dismissal

The Plaintiff, Roberta Schalit, by and through undersigned counsel, and the Defendant, CIGNA Life Insurance Company of New York ("CLICNY"), by and through undersigned counsel, have agreed to voluntary dismissal WITH PREJUDICE of Plaintiff's claims against CLICNY in their entirety in the captioned matter.


_____
Michelle M. Arbitrio, Esq. (MA 2137)
Wilson Elser LLP
Attorneys for Defendant
CIGNA Life Insurance Company of NY
3 Gannett Drive
White Plains, NY 10604
File No. 09856.00037

_____
Jeffrey Delott, Esq.
Law Offices of Jeffrey Delott
Attorney for Plaintiff
Roberta Schalit
366 North Broadway, Ste.410
Jericho, NY 11753

2132821.1

So Ordered:

_____
10/3/08